UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Charity Lagean Chambers**
6632 Chason Woods Ct
Jonesboro, GA 30238

**xxx−xx−2303**

Case No.: **16−63143−crm**
Chapter:  **7**
Judge:  **C. Ray Mullins**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Cathy L. Scarver**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
C. Ray Mullins
United States Bankruptcy Judge

Dated: February 13, 2017
Form 184