**IT IS ORDERED as set forth below:**

**Date: March 1, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-63143-JWC |
| CHARITY LAGEAN CHAMBERS ) | |
| ) | CHAPTER 7 |
| Debtor ) | |

## ORDER ON MOTION TO REOPEN

The above-styled Chapter 7 case is before the Court on debtor's Motion to Reopen Chapter 7 Case, filed on November 20, 2018. The debtor requests that the Court reopen the closed case due to the fact that a previously unlisted cause of action may provide funds to creditors.

The hearing on the motion was heard on December 20, 2018 at 11:00 am. No opposition was heard. For good cause the motion is granted. IT IS FURTHER ORDERED that the United States Trustee shall appoint a trustee to serve in the case.

END DOCUMENT

Prepared by:

/s/ Ralph Goldberg

Ralph Goldberg

Georgia Bar No. 299475

Attorney for Debtor

**Goldberg & Cuvillier, P.C.**

1400 Montreal Road, Suite 100

Tucker, Georgia 30084-6919

(770) 670-7343

(770) 670-7344 (FAX)

attorneygoldberg@hotmail.com

Ms. Cathy Lanet Scarver  
C. L. Scarver & Associates, LLC  
P.O. Box 672587  
Marietta, Georgia 30006  

AT&T Mobility  
P.O. Box 6416  
Carol Stream, IL 60197  

Bank of America  
P.O. Box 26078  
Greensboro, NC 27420  

Capital One  
P.O. Box 30281  
Salt Lake City, UT 84130  

Capital One  
P.O. Box 30281  
Salt Lake City, UT 84130  

CAPITAL ONE BANK USA N  
4515 N. Santa Fe Ave.  
c/o Blake Hogan  
Oklahoma City, OK 73118  

CAPITAL ONE BANK USA N  
4515 N. Santa Fe Ave  
c/o Blake Hogan  
Oklahoma City, OK 73118  
COMMONWEALTH FINANCIAL  
245 Main St  
Scranton, PA 18519

Department of Justice, Tax Division
P.O. Box 14198; Ben Franklin Station
Civil Trial Section, Southern
Washington, DC 20044


Georgia Department of Revenue
1800 Century Boulevard
c/o T Truong
Atlanta, GA 30345

Georgia Power/ Ralph McGill
241 Ralph McGill
Atlanta, GA 30308

GINNYS
1112 7th Ave.
MONROE, WI 53566

Internal Revenue Service
P.O. Box 7346
Mamun Syed
Philadelphia, PA 19101

Internal Revenue Service - Atl
401 W PEACHTREE ST, NW, RM 1665
c/o MARIA HARRIS
Atlanta, GA 30308

NATIONAL CREDIT SYSTEM
3750 NATURALLY FRESH BLV
ATLANTA, GA 30349

Office of Attorney General
40 Capitol Sq. S.W.
Atlanta, GA 30334

Peachtree Vascular Specialist
1035 Southcrest Dr. Ste. 250

Stockbridge, GA 30281

Pioneer Credit Recovery Inc.
197 SW Waterford Court
Lake City, FL 32025

PROF DEBT
7948 BAYMEADOWS WA 2nd FLOOR
JACKSONVILLE, FL 32256

SCA COLLECT
300 E ARLINGTON BD STE. 6-A
GREENVILLE, NC 27858

SCA COLLECTIONS INC.
P.O. BOX 876
GREENVILLE, NC 27835

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

Stallings Financial Group
PO Box 4430
Marietta, GA 30061

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303

United States Attorney's Office
75 Spring Street, S.W., Suite 600, U.S.
Atlanta, GA 30303

WORLD FINANCE CORP
P.O. Box 71847
Albany, GA 31708