UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHARITY LAGEAN CHAMBERS, | ) | CASE NO. 16-63143-JWC |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF REAPPOINTMENT OF TRUSTEE

The United States Trustee for Region 21 gives notice that, pursuant to the Court's order entered March 1, 2019 (Dkt. No. 26), **Cathy L. Scarver** is reappointed as trustee in this case. The trustee shall serve under the blanket bond heretofore approved. The trustee's contact information is:

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006
E-mail: trusteescarver@bellsouth.net
Phone: (404)551-5142
Fax: (404)806-9652

Notice given by:      DANIEL M. MCDERMOTT
            UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*